UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN PETER HUGHES | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| DELOACH MARINE SERVICES, L.L.C. | § | MAGISTRATE:_____ |

## **COMPLAINT**

NOW INTO COURT, by and through undersigned counsel, comes plaintiff, Martin Peter Hughes, a person of the full age of majority who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to 46 U.S.C. § 30104 commonly known as the Jones Act, and the General Maritime Law of the United States of America. Jurisdiction and venue are proper with this Honorable Court.

2.

Defendant, Deloach Marine Services, L.L.C., is a limited liability company engaged in the marine towing business.

3.

On or about October, 8th, 2009, plaintiff, Martin Peter Hughes was employed by Deloach Marine Services, L.L.C.

4.

On or about October 8th, 2009, plaintiff was employed as a deckhand on the M/V CITY OF PORT ALLEN, a towing vessel owned, operated by, and under the control of the defendant, Deloach Marine Services, L.L.C., when he was injured while attempting to face up to an empty fuel barge. Although two people are customarily used to safely make a connection to empty barges that ride high in the water, only the plaintiff was available because the other hands were all either intoxicated or passed out asleep from intoxication. The master of the M/V CITY OF PORT ALLEN was fully aware of the other crewmembers' custom of bringing aboard large quantities of alcohol and being frequently intoxicated. Plaintiff was located on the empty fuel barge and was injured while attempting to pull the face wire from the vessel to the barge.

5.

As a result of the incident, plaintiff sustained severe injuries including, but not limited to, injuries to plaintiff's spine and lower back.

6.

As a result of the aforementioned incident, plaintiff sustained serious injuries directly and proximately caused by the unseaworthiness of the M/V CITY OF PORT ALLEN and/or the negligence of the defendant and/or by the negligence of its employees for which defendant is vicariously liable in the following non-exclusive respects:

   a.  failing to provide a safe and seaworthy vessel appropriate to the responsibility
       undertaken;

   b.  failing to provide a safe and seaworthy vessel by manning the vessel with an inadequate

or incompetent master and/or crew;

c. failing to provide a safe place to work;

d. negligence per se;

e. unseaworthiness per se;

f. failing to properly train and/or supervise its agents and employees; and,

g. other instances of unseaworthiness and/or various acts and/or omissions of negligence, both statutory and common law, to be specified in detail at the time of trial..

7.

As a result of the above and foregoing unseaworthiness and negligent acts and/or omissions, plaintiff, Martin Peter Hughes, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

a. Past and future loss of wages and benefits;

b. Impairment of future earning capacity;

c. Past and future physical pain and suffering;

d. Past and future mental and emotional pain and suffering;

e. Past and future medical expenses;

f. Loss of enjoyment of life;

g. Permanent disability;

h. Loss of past and future "found";

i. Additional damages to be shown at the trial of this action.

8.

Plaintiff was not at fault in causing this incident or the resulting damages.

9.

Plaintiff demands a trial by jury on all issues.

WHEREFORE, plaintiff, Martin Peter Hughes, prays for judgment herein and against the defendant, Deloach Marine Services, L.L.C., and that defendant be duly cited and served with a copy of this Complaint, that it be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of plaintiff, Martin Peter Hughes, and against defendant herein, Deloach Marine Services, L.L.C., in a trial by jury, in the full amount of ONE MILLION DOLLARS ($1,000,000.00) in compensatory damages, plus interest from the date of accident until paid, all costs of these proceedings, and for all other general, equitable relief to which plaintiff is entitled.

Respectfully submitted:

STRAUSS & KING, APLC


*/s/ Rhett E. King*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com